FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 25 2023
LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

Stacey R. Washington, Pro Se
   Plaintiff,

v.

Dominion Energy, Eric Martin Attorney
120 Tredegar St.,
Richmond, Va 23219-4306
   Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:23-CV-00056
(To be assigned by Clerk of District Court)

Jury Trial:   Yes   No
              (circle one)

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: Stacey R. Washington
   Address: 142 Berry Mountain Lane, Madison, Va 22727
   Telephone Number: (540) 325-7171

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Dominion Energy, Eric Martin Attorney
      Address: 120 Tredegar St., Richmond, Va 23219-4306

b. Defendant No. 2

   Name: _____

   Address: _____

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above? 02/25/20, 09/21/21 Resigned, Sept 2020 Failed in training

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   01/22/21

5. What action did the Commission or its representatives take in regard to your complaint?

   Awarded Right to sue letter 07/28/23 Dismissal

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   No, Complaint was dismissed over 2yrs later 07/28/23

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.? No,

   Right to sue letter dated 07/28/23

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No

If your answer to 8. is yes, describe the action in the spaces below.

2

a. Parties to the action: _____

b. Court (if federal court, give district; if state court, name the city or county): _____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____    If not, what was the ruling? _____

   Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes    ☒ No    ☐ I DON'T KNOW

   If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

   _____
   _____
   _____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? _Was Dominion Energy_

3

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Eddie Brownfield + Greg Browning Managers - Retaliation for protected Activity, and disability discrimination Failed me in training

C. If you were fired, what reasons were given for your discharge?

If you disagree with those reasons, what do you think were the real reasons?

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? Yes, Union

E. If so, did you file a grievance with your employer?

Yes

If you did, what action was taken? all grievances were denied

4

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

1. October 2019 attended Step 6 training- due to recent cancer diagnosis requested attending later training. 2/20 was approved by instructor Ricky Snoddy, supervisor Chad Mayse, and Greg Browning manager.

2. Feb. 2020 told by Greg Browning, manager, I was being held in training. Would attend training later, Aug. 2020 filed HR complaint, final date 2/21

3. Sept. 2020 failed for previous Step 5 training. Approximately 1 year after my attending step 6 training I was failed for a previous Step 5 training less than 3 weeks of contacting HR.

4. Greg Browning lost a wife to cervical cancer created a bias to a female cancer patient being in training.

G. If you were fired, have you been working since that time? _____

If yes, for whom have you worked? _____

What did you do? _____

If you did not get another job, have you received unemployment compensation? _____

5

If yes, for how long?
_____

H. What relief do you want from this court? For example:

Do you want your job back?
NO
_____

Have you suffered any damages? Yes

If so, how much? mental anguish, Reputation, loss of wages

OTHER:
Dominion Energy allowed Harrassment, discrimination and Retaliation for multiple years. Their actions delayed my training for 2 yRS. Punitive as Court awards compensatory 2 yRS pay for lineman and $50,000.00 mental anguish 240,000.00

Attach additional sheets of paper as necessary and label this information as paragraph I, etc. Check here if additional sheets of paper are attached. ☐

Signature of Plaintiff  Stacey R. Washington
                        Pro Se

**VERIFICATION**

State of Virginia

County of Madison

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25 day of October, 23.

Signature of Plaintiff  Stacey R. Washington
                        Pro Se.

6