## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**STACEY R. WASHINGTON,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 3:23-cv-00056-RSB-JCH**

**DOMINION ENERGY**

    **Defendant.**

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2024 Scheduling Order (the "Scheduling Order") (Doc. No. 12), *pro se* Plaintiff, Stacey R. Washington ("Washington" or "Plaintiff"), and Defendant, Dominion Energy Services, Inc. ("Dominion" or "Defendant"), by counsel (collectively, the "Parties"), have conferred and advise the Court of the following:

- Dominion served written discovery on Washington on Thursday, April 18, 2024.

- Washington served Dominion with written discovery on Wednesday. 24, 2024 at 11:14 p.m.

- At this time, the Parties do not foresee any obstacles to completing discovery in a timely manner.

The Parties note that a hearing is scheduled for Monday, May 6, 2024 at 11:30 a.m. in connection with Defendant's Motion for Judgment on the Pleadings.

| | |
|---|---|
| **Dated**: April 25, 2024 | Respectfully submitted,<br><br>**DOMINION ENERGY SERVICES, INC., a Virginia corporation**<br><br>By Counsel<br><br>      /s/ *Neil S. Talegaonkar*                       <br>Neil S. Talegaonkar (VSB No. 44589)<br>Kaufman & Canoles, P.C.<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219<br>Telephone: (804) 771-5700<br>Facsimile: (888) 360-9092<br>nstalegaonkar@kaufcan.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2024, a true copy of the foregoing was sent via email to the following:

>Stacey R. Washington
>142 Berry Mountain Lane
>Madison, VA 22727
>threesmyluv@yahoo.com

>/s/ *Neil S. Talegaonkar*
>Neil S. Talegaonkar (VSB No. 44589)
>Kaufman & Canoles, P.C.
>1021 East Cary Street, Suite 1400
>Richmond, Virginia 23219
>Telephone: (804) 771-5700
>Facsimile: (888) 360-9092
>nstalegaonkar@kaufcan.com
>*Counsel for Dominion Energy Services, Inc.*

22444121v1