CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
October 23, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **STACEY R. WASHINGTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action No. 3:23-CV-56** |
| v. ) | |
| ) | |
| **DOMINION ENERGY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## ORDER

This action came before the Court for a bench trial on October 21, 2024. Plaintiff and Defendant adduced evidence and Plaintiff rested. Defendant then moved for judgment as a matter of law pursuant to Fed. R. Civil P. 52(c). The Court took Defendant's motion under advisement. Thereafter, Defendant rested and renewed its motion. The Court denied Defendant's motion and then announced its findings of fact and conclusions of law. For the reasons stated on the record, the Court found that Plaintiff failed to prove by a preponderance of evidence that Defendant discriminated against her in violation of the Americans with Disabilities Act. It is **ADJUDGED** and **ORDERED** as follows:

1. Judgment is entered in favor of the Defendants.

2. The Clerk is directed to **DISMISS** this action from the active docket.

Entered:  October 22, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge